# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE POWELL, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 11-0731-CG-C |
| ) | CRIMINAL NO. 10-0207-CG-C |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all pleadings of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 13, 2013, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 12th day of April, 2013.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE