IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MICHAEL WAYNE POWELL, | ) | |
|---|---|---|
| Petitioner/Defendant, | ) | |
| vs. | ) | CIVIL ACTION NO. 11-0731-CG-C |
| | ) | CRIMINAL NO. 10-0207-CG-C |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 38 in Criminal 10-207-CG-C) be and the same hereby is **DENIED** because the claims asserted therein are either procedurally unavailable or, as to the ineffective-assistance-of-counsel claim, the petitioner has made no showing that his rights were violated.

Further, the petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal <u>in forma pauperis</u>.

**DONE and ORDERED** this 12th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE